(https://inbiz.in.gov)



# Business Details

Print Entity Details

| | | | |
|---|---|---|---|
| Business Name: | MED-1 SOLUTIONS, LLC | Business ID: | 2003042100115 |
| Entity Type: | Domestic Limited Liability Company | Business Status: | Active |
| Creation Date: | 04/17/2003 | Inactive Date: | |
| Principal Office Address: | 517 US Highway 31 N, Greenwood, IN, 46142 - 2090, USA | Expiration Date: | Perpetual |
| Jurisdiction of Formation: | Indiana | Business Entity Report Due Date: | 04/30/2025 |
| | | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Member | William Joe Huff II | 517 US Highway 31 N, Greenwood, IN, 46142, USA |

Page 1 of 1, records 1 to 1 of 1

## Registered Agent Information

Type: **Individual**
Name: **WILLIAM J. HUFF**
Address: **517 US Highway 31 N, Greenwood, IN, 46142, USA**

Back    Return to Search    Filing History    Name History    Assumed Name History
                                                              Certified Copies Request



EXHIBIT A