Tuesday, September 24, 2024

Med-1 Solutions, LLC.
517 US Hwy 31 North, Greenwood, IN 46142

**Personal Information:**
**Name:** Lalita Fain
**My address:** ▮
**Social Security Number #:** ▮
**Phone #:** ▮

   I received notification that you are attempting to collect a debt from me. Apparently, your employees have been attempting to contact me about a delinquent account that I have with your company. I receive a lot of phone calls and I assume that your company is one that has been calling me.

At this time, I do NOT dispute the debt(s) that you are attempting to collect.

Please do not contact my family, friends, or employer about this delinquent account. Please do not contact my family, friends, or employer via phone, letter, fax, email, text message, or through social media of any kind.

I realize that you are attempting to get in touch with me. Please keep in mind that it is inconvenient for you to contact me in any way whatsoever (this includes emails, text messages, and phone calls) from 8am to 6pm because of my work schedule. You may attempt to contact me regarding this delinquent account between the hours of 6pm to 9pm.

If anything changes, I will contact you. Thank you for your time and attention in this matter.

Sincerely,

*Lalita Fain*
Lalita Fain


EXHIBIT Group B



Med-1 Solutions, LLC.
517 US Hwy 31 North,
Greenwood, IN 46142

Lalita Fain

Thursday, September 26, 2024

Med-1 Solutions, LLC.
517 US Hwy 31 North, Greenwood, IN 46142

**Personal Information:**
Name: Lalita Fain
My address: ███
Social Security Number #: ███
Phone #: ███

I received notification that you are attempting to collect a debt from me. Apparently, your employees have been attempting to contact me about a delinquent account that I have with your company. I receive a lot of phone calls and I assume that your company is one that has been calling me.

At this time, I do NOT dispute the debt(s) that you are attempting to collect.

Please do not contact my family, friends, or employer about this delinquent account. Please do not contact my family, friends, or employer via phone, letter, fax, email, text message, or through social media of any kind.

I realize that you are attempting to get in touch with me. Please keep in mind that it is inconvenient for you to contact me in any way whatsoever (this includes emails, text messages, and phone calls) from 8am to 6pm because of my work schedule. You may attempt to contact me regarding this delinquent account between the hours of 6pm to 9pm.

If anything changes, I will contact you. Thank you for your time and attention in this matter.

Sincerely,

*Lalita Fain*
Lalita Fain



Med-1 Solutions, LLC.
517 US Hwy 31 North,
Greenwood, IN 46142

Lalita Fain