

### THE LAW FIRM OF
### PHILIPPS & PHILIPPS, LTD.

David J. Philipps
   davephilipps@aol.com
Mary E. Philipps
   mephilipps@aol.com
Angie K. Robertson
   angie@philippslegal.com

November 18, 2024

Med-1 Solutions, LLC
517 US Highway 31 North
Greenwood, Indiana 46142

Re:   **Lalita Fain,** ███████████████████
       **Telephone Number** ████████

To Whom It May Concern:

I, along with my co-counsel, John Steinkamp, represent Ms. Fain regarding your attempts to collect a defaulted consumer debt owed for medical services. Our client has previously told you to stop contacting her between 8 a.m. and 6 p.m. Because you have continued to contact her during these inconvenient hours, our client now disputes this debt, refuses to pay, and is represented by counsel. Accordingly, we demand that you stop your collection actions and stop contacting her regarding this debt.

Very truly yours,

*/s/ David J. Philipps*

David J. Philipps
DJP:amt

Cc:   John T. Steinkamp
       John Steinkamp & Associates
       5214 S. East Street, Suite D1
       Indianapolis, Indiana 46227

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900  Fax 708.974.2907
www.philippslegal.com

EXHIBIT E



PITNEY BOWES
$0.69 0
US POSTAGE
FIRST-CLASS
0280\0002311245
2099263597
ZIP 60465
NOV 18 2024

Med-1 Solutions, LLC
517 US Highway 31 North
Greenwood, Indiana 46142

THE LAW FIRM OF
PHILIPPS & PHILIPPS, LTD.
9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465