**2:32**

< Voicemail

**Med One Solutions**
phone
November 19, 2024 at 2:31 PM

0:00     -0:17

## Transcription

"Hello, we have an important message from med one solutions. Please contact any of our patient advocates at 1-855-825-6658 thank you...."

Was this transcription useful or not useful?



EXHIBIT F